**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA LOPEZ-FRAUSTO,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:20-cv-1611 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 19) |

On November 22, 2021, Amanda Lopez-Frausto and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $4,528.20 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $4,528.20 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

  Dated:  **November 22, 2021**         _ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).